IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRISTIE DORMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:21-CV-1729 <br> JURY DEMANDED |
| WEEKLEY HOMES, LLC | § § § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS AND COMPEL ARBITRATION

| | |
|---|---|
| **KENNARD LAW P.C.** | **BLANK ROME LLP** |
| By: */s/ Alfonso Kennard Jr.* <br> Alfonso Kennard Jr. <br> Texas Bar No.: 24036888 <br> Southern District No.: 713316 <br> alfonso.kennard@kennardlaw.com <br><br> Wyatt Holtsclaw <br> Texas Bar No.: 24120898 <br> Southern District No.: 3655964 <br> Wyatt.Holtsclaw@kennardlaw.com <br> 5120 Woodway Dr., Suite 10010 <br> Houston Texas 77056 <br> (713) 742 -0900 (main) <br> (713) 742 -0951 (facsimile) | By: */s/ Ted Meyer* <br> Ted D. Meyer <br> SBOT #13997500 - FID #10630 <br> 717 Texas Ave #1400 <br> Houston TX 77002 <br> Tel:  713.632.8666 <br> Fax:  713.228.6605 <br> E-Mail: tmeyer@blankrome.com <br><br> Alix L. Udelson <br> SBOT #24093290 - FID #3124866 <br> 717 Texas Ave #1400 <br> Houston TX 77002 <br> Tel:  713.632.8625 <br> Fax:  713.228.6605 <br> E-Mail: audelson@blankrome.com |
| **ATTORNEYS-IN-CHARGE FOR** <br> *Plaintiff,* CRISTIE DORMAN | **ATTORNEYS-IN-CHARGE FOR** <br> *Defendant,* WEEKLEY HOMES, LLC |

154006.00212/126381152v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CRISTIE DORMAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 4:21-CV-1729** |
| v. | § | **JURY DEMANDED** |
| | § | |
| **WEEKLEY HOMES, LLC** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS AND COMPEL ARBITRATION

Plaintiff Cristie Dorman ("Plaintiff") and Defendant Weekley Homes, LLC ("Defendant") jointly move the Court for an Order dismissing this action without prejudice and compelling arbitration of all of Plaintiff's claims in accordance with the Dispute Resolution Policy between the Parties that covers the scope of this litigation (attached hereto as Exhibit A) ("ADR Policy").

The Parties agree that arbitration will occur pursuant to the terms of the ADR Policy, with the exception that, under the "Initiation of Arbitration" provision of the ADR Policy, the Parties agree that the arbitrator's compensation will be initially entirely paid for by Defendant. *See* Exhibit A, p. 2. The remainder of the ADR Policy will govern the terms of the arbitration.

154006.00212/126381152v.1

## CONCLUSION

WHEREFORE, the parties request that the Court enter an Order dismissing this action in its entirety without prejudice and compelling arbitration of all of Plaintiff's claims in accordance with the ADR Policy and as explained herein.

Respectfully submitted,

| **KENNARD LAW P.C.** | **BLANK ROME LLP** |
|---|---|
| By: */s/ Alfonso Kennard Jr.* | By: */s/ Ted Meyer* |
| Alfonso Kennard Jr. | Ted D. Meyer |
| Texas Bar No.: 24036888 | SBOT #13997500 - FID #10630 |
| Southern District No.: 713316 | 717 Texas Ave #1400 |
| alfonso.kennard@kennardlaw.com | Houston TX 77002 |
|  | Tel:  713.632.8666 |
| Wyatt Holtsclaw | Fax:  713.228.6605 |
| Texas Bar No.: 24120898 | E-Mail: tmeyer@blankrome.com |
| Southern District No.: 3655964 |  |
| Wyatt.Holtsclaw@kennardlaw.com | Alix L. Udelson |
| 5120 Woodway Dr., Suite 10010 | SBOT #24093290 - FID #3124866 |
| Houston Texas 77056 | 717 Texas Ave #1400 |
| (713) 742 -0900 (main) | Houston TX 77002 |
| (713) 742 -0951 (facsimile) | Tel:  713.632.8625 |
|  | Fax:  713.228.6605 |
|  | E-Mail: audelson@blankrome.com |
| **ATTORNEYS-IN-CHARGE FOR** *Plaintiff, CRISTIE DORMAN* | **ATTORNEYS-IN-CHARGE FOR** *Defendant, WEEKLEY HOMES, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court this 16th day of July, 2021, by using the CM/ECF System.

**BLANK ROME LLP**

By: */s/ Ted Meyer*
   Ted D. Meyer
   SBOT #13997500 - FID #10630
   717 Texas Ave #1400
   Houston TX 77002
   Tel:  713.632.8666
   Fax:  713.228.6605
   E-Mail: tmeyer@blankrome.com