United States District Court
Southern District of Texas
**ENTERED**
July 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRISTIE DORMAN, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:21-CV-1729 |
| v. | § § § | JURY DEMANDED |
| WEEKLEY HOMES, LLC | § § | |
| Defendant. | § § | |

### ORDER GRANTING THE PARTIES' JOINT MOTION
### TO DISMISS AND COMPEL ARBITRATION

Pending before the Court is the Plaintiff's, Christie Dorman and Defendant's, Weekley Homes, LLC (collectively the "Parties") Joint Motion to Dismiss and Compel Arbitration. After considering the Motion, any responses and/or replies to the Motion, the relevant pleadings, the record, the applicable law, and the arguments of counsel, the Court is of the opinion that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that this case is dismissed *without prejudice* and Plaintiff's claims are compelled to arbitration in accordance with the Parties' arbitration agreement and as set forth in the Joint Motion to Dismiss and Compel Arbitration.

**IT IS FURTHER ORDERED** that notwithstanding the Court's order of dismissal *without prejudice*, this Court will retain jurisdiction over any proceedings to review or enforce an arbitration award and/or enforce a settlement agreement entered into among the Parties.

All relief not expressly granted in this Order is hereby denied.

Signed this ___19___ day of ___July___, 2021

_____
The Honorable David Hittner
UNITED STATES DISTRICT JUDGE